**GENERAL ELECTRIC COMPANY, Complainant-Appellant, v. Max YABLONSKY and A. Schurman, Trading as Dura Electric Lamp Company and Michael P. Portnow and Solomon Lipovich, Defendants-Appellees.**

**No. 6866.**

Circuit Court of Appeals, Third Circuit.
March 20, 1939.

Hubert Howson, Merrell E. Clark, and Alexander C. Neave, all of New York City, and John H. Anderson, of Cleveland, Ohio, for appellant.

988

Paul J. Christiansen, of Newark, N. J. (Samuel E. Darby, Jr., and Donald J. Overocker, both of New York City, of counsel), for appellees.

Before BIGGS and MARIS, Circuit Judges, and DICKINSON, District Judge.

PER CURIAM.

Decree affirmed on the opinion of Judge Clark, D.C., 23 F.Supp. 805.